1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

REBECCA MARTIN,                          )
                                         )
                Plaintiff(s),            )        Case No. 2:17-cv-02329-APG-NJK
                                         )
v.                                       )        **ORDER**
                                         )
TARGET CORPORATION,                      )        (Docket No. 18)
                                         )
                Defendant(s).            )
_____)

Pending before the Court is a renewed stipulation to extend deadlines. Docket No. 18. A request to modify the scheduling order must be supported by a showing of good cause. Fed. R. Civ. P. 16(b)(4); Local Rule 26-4. The good cause inquiry centers on whether the subject deadline "cannot reasonably be met despite the diligence of the party seeking the extension." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 2000). The Court denied the previous stipulation because it rested on bare assertions that Defendant is still in the process of obtaining medical records, an assertion that had been made verbatim in obtaining an extension months earlier. *See* Docket No. 17. The renewed stipulation purports to identify "Defendant's efforts to obtain Plaintiff's medical and employment records," Docket No. 18 at 1 n.1., but then merely lists the medical providers from whom records were sought and the subset of providers who have provided records, *see, e.g.*, *id.* at 2. Even basic information, such as when the requests were made, is missing. Most significantly, what remains absent from the renewed stipulation is the required showing of diligence over the last several months

in obtaining those missing records (*i.e.*, any action by Defendant to obtain the documents requested other than merely requesting them and then waiting an extended period to receive a response).

Despite the failure show the required diligence, given that the request is presented as a stipulation and as a one-time courtesy to the parties,[1] the Court will nonetheless **GRANT** the requested extension and **SET** deadlines as follows:

- Initial Experts: May 4, 2018;
- Interim status report: May 4, 2018;
- Rebuttal experts: June 4, 2018;
- Discovery cutoff: July 3, 2018;
- Dispositive motions: August 2, 2018;
- Joint proposed pretrial order: August 31, 2018, or 30 days after dispositive motions are resolved.

IT IS SO ORDERED.

DATED: March 5, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] In the event that any additional extension is requested, such request must make the required showing of diligence sufficient to establish good cause.