Douglas M. Rowan
Nevada Bar No. 4736
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
douglas.rowan@wilsonelser.com
*Attorneys for defendant Target Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REBECCA MARTIN, an Individual;<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Foreign Corporation; YET UNKNOWN EMPLOYEE; DOES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-02329-APG-NJK<br><br>**STIPULATED REQUEST FOR EXTENSION OF DISCOVERY DEADLINES (Third Request)** |

The above named parties, by and through their respective counsel of record, hereby submit the following STIPULATED REQUEST FOR EXTENSION OF DISCOVERY DEADLINES (Third Request).

**A.  DISCOVERY COMPLETED TO DATE**

This matter involves a slip and fall at one of defendant's stores. On October 10, 2017, the parties held an initial Rule 26(f) Conference. Defendant served its initial disclosure of witnesses and documents on October 12, 2017. Plaintiff served her initial disclosure of witnesses and documents on October 10, 2017. On October 17, 2017, the Court entered a Stipulated Discovery Plan/Scheduling Order. On December 20, 2017, the Court entered an order granting the parties' first request to extend the discovery deadlines. On March 5, 2018, the Court entered an order granting the parties' second request to extend the discovery deadlines.

On October 17, 2017, defendant propounded a First Set of Interrogatories and First Set of Requests for Production of Documents upon plaintiff. Plaintiff served her responses to the Interrogatories on November 20, 2017 and responses to the Requests for Production of Documents on November 28, 2017. On October 30, 2017, plaintiff propounded a First Set of Requests for Production of Documents upon defendant. On November 22, 2017, plaintiff propounded a Second

1328367v.1

Page 1 of 3

Set of Requests for Production of Documents upon defendant. Defendant served its responses to the First Set of Requests for Production of Documents on January 19, 2018 and served its responses to the Second Set of Requests for Production of Documents on January 26, 2018.

Plaintiff conducted the deposition of one of defendant's former employees on March 12, 2018. Plaintiff was unable to serve another one of defendant's former employee with a subpoena and vacated that deposition. Plaintiff conducted the deposition of a 30(b)(6) representative of defendant regarding four issues on March 26, 2018. Plaintiff conducted the deposition of one of defendant's current employees on May 17, 2018. Plaintiff scheduled the deposition of a 30(b)(6) representative of defendant regarding two additional issues for June 11, 2018. Plaintiff agreed to reschedule that deposition as Defendant is in the process of substituting counsel.

The parties served initial expert witness disclosures on May 4, 2018. Defendant served a supplemental expert witness disclosure on June 5, 2018.

### B. DISCOVERY THAT REMAINS TO BE COMPLETED

Defendant needs to conduct the deposition of plaintiff and up to four of plaintiff's healthcare providers. Plaintiff has scheduled the deposition of defendant's 30(b)(6) representative regarding two additional topics. Plaintiff may also conduct the depositions of additional employees and representatives. The parties also anticipate conducting the depositions of designated expert witnesses.

### C. REASONS WHY DISCOVERY HAS NOT BEEN COMPLETED

Defendant is in the process of substituting counsel in this matter. That substitution of counsel has delayed the scheduling and completion of the remaining depositions as new counsel becomes familiar with this matter and the parties schedule the depositions based upon new counsel's availability.

///

///

///

Accordingly, the parties request a thirty day extension of the current discovery deadlines.

**D.     PROPOSED DISCOVERY SCHEDULE**

|  |  |
|---|---|
| Close of Discovery: | August 2, 2018 |
| Dispositive Motions: | September 4, 2018 |
| Joint Pre-Trial Order: | October 4, 2018 |
| Last day to amend pleadings: | Closed |
| Initial Expert Disclosures: | Closed |
| Rebuttal Expert Disclosures: | Closed |
| Interim Status Report | Closed |

DATED this 12th day of June, 2018.                           DATED this 12th day of June, 2018.

**WILSON, ELSER, MOSKOWITZ,**                           **THE GALLIHER LAW FIRM**
**EDELMAN & DICKER LLP**


BY: */s/Douglas M. Rowan*                                            BY: */s/Keith E. Galliher*
    Douglas M. Rowan                                                           Keith E. Galliher, Jr.
    Nevada Bar No. 004736                                                  Nevada Bar No. 000220
    300 South Fourth Street, 11th Floor                              1850 East Sahara Avenue, Suite 107
    Las Vegas, Nevada  89101                                           Las Vegas, Nevada 89104
    *Attorneys for defendant Target Corporation*                *Attorney for plaintiff Rebecca Martin*


IT IS SO ORDERED.                          **NO FURTHER EXTENSIONS WILL BE GRANTED.**

Dated June 13        , _____, 2018

                                                            _____
                                                            **UNITED STATES MAGISTRATE JUDGE**