# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA MARTIN,<br>    Plaintiff(s),<br>v.<br>TARGET CORPORATION,<br>    Defendant(s). | Case No.: 2:17-cv-02329-APG-NJK<br><br>**ORDER** |

The joint proposed pretrial order was due by October 4, 2018. Docket No. 22. To date, the parties have not filed one. Accordingly, the parties shall file a joint proposed pretrial order by November 15, 2018. To the extent this case has settled, the parties may instead file dismissal papers by that date.

IT IS SO ORDERED.

Dated: November 8, 2018

                                              _____
                                              Nancy J. Koppe
                                              United States Magistrate Judge