# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

REBECCA MARTIN,

    Plaintiff(s),

v.

TARGET CORPORATION,

    Defendant(s).

Case No.: 2:17-cv-02329-APG-NJK

**Order**

[Docket No. 33]

The Court issued an order 102 days ago setting a settlement conference for March 12, 2019. Docket No. 31. That order specified that "[a]ny request to change the date of the settlement conference must be made in writing and must be filed within 7 days of the issuance of this order." *Id.* at 1 n.1. Hence, the deadline to request a continuance of the settlement conference expired 95 days ago.

Today, March 8, 2019, just two court days before the settlement conference is set to occur, the parties have filed a stipulation to vacate and continue that settlement conference. Docket No. 33.[1] That stipulation is not premised on any exigent circumstances that have arisen unexpectedly, but rather on the parties' desire to mediate several matters concurrently to save on travel costs.

---

[1] The stipulation was apparently prompted by the issuance of a minute order regarding the parties' failure to submit settlement statements. Docket No. 32. Had that minute order not issued, it is unclear when (if ever) the instant stipulation would have been filed.

1

*See id.* Why this request is being made at the eleventh hour, in violation of the Court's explicit order, remains unexplained.

The stipulation to vacate the settlement conference is hereby **GRANTED** in part. The settlement conference set for March 12, 2019, is **VACATED**. Given the fast-approaching trial date of May 6, 2019, and the accompanying pretrial deadlines, Docket No. 30, the parties are **ORDERED** to complete private mediation by March 22, 2019, and to file a status report by March 25, 2019.[2] Given that counsel have violated two aspects of the order setting that settlement conference (both the deadline to submit settlement statements and the deadline to request a continuance), counsel are hereby **ADMONISHED** that they are expected to strictly comply with all orders moving forward.[3]

IT IS SO ORDERED.

Dated: March 8, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

---

[2] In the event the parties are unable to schedule mediation on this timetable, the parties shall notify the Court of that fact by March 15, 2019. The Court has set aside in its calendar the afternoon of March 28, 2019, in the event a settlement conference in lieu of mediation is necessary. If the parties engage in a mediation that is unsuccessful, the Court does not intend to hold a settlement conference since it would be futile to do so.

[3] Defense counsel is also instructed that he is not permitted to telephone chambers *ex parte*. *See, e.g.*, Local Rule IA 7-2(b).