# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA MARTIN, an Individual, | Case No.: 2:17-cv-02329-APG-NJK |
| Plaintiff | **Order Vacating Trial and Setting Status Check Deadline** |
| v. | |
| TARGET CORPORATION a Foreign Corporation; YET UNKNOWN EMPLOYEE; DOES I through X, inclusive,, | |
| Defendants | |

Based on the parties' notice of settlement (ECF No. 36), the May 6, 2019 trial setting is vacated. The parties shall file a stipulation to dismiss or a report on the status of their settlement by May 6, 2019.

DATED this 12th day of April, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23